**Order entered February 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01199-CR

**PETER PHUC HONG TRAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81478-2012**

## ORDER

We **GRANT** appellant's January 30, 2015 motion to withdraw and substitute counsel.

We **DIRECT** the Clerk of the Court to remove Lori Ordiway as counsel for appellant and substitute Christopher M. Knox and Brett E. Ordiway in her place.

/s/     DOUGLAS S. LANG
PRESIDING JUSTICE